# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND (GREENBELT)

| | |
|---|---|
| JONATHAN ALSTON,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION, et al.,<br><br>Defendants. | Case No. 8:21-cv-00040-GJH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jonathan Alston, and Defendant Navy Federal Credit Union ("NFCU"), by and through their undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims against NFCU *with prejudice*.

DATE: September 8, 2023                                         Respectfully submitted,

| | |
|---|---|
| /s/ Jeffery W. Styles<br>Jeffrey W Styles<br>The Washington Legal Group, LLC<br>1001 Connecticut Ave NW<br>Ste 1138<br>Washington, DC 20036<br>202-503-1708<br>Email: jstyles@washlegal.com<br>Counsel for Plaintiff Jonathan Alston | /s/ Brittany M. Taylor<br>Brittany M. Taylor (D. MD Bar No. 20862)<br>Troutman Pepper Hamilton Sanders LLP<br>401 9th Street NW, Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 274-2972<br>Fax: (202) 274-2994<br>Email: brittany.taylor@troutman.com<br>Counsel for Defendant Navy Federal Credit Union |